CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 MAY 13  PM 4:36

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 5-20CR0054-H |
| v. | |
| BO JACK KELLEY | |

INDICTMENT

The Grand Jury Charges:

Count One
Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

From in or about June 2019, to in or about February 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Bo Jack Kelley**, defendant, did use, persuade, induce, and entice, and attempt to do so, "Jane Doe," a person under the age of eighteen (18) years, to engage in sexually explicit conduct, that is: lascivious exhibition of the genitals and pubic area of said minor, for the purpose of producing a visual depiction of such conduct, and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

## Count Two
### Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252(a)(2) and (b))

From in or about June 2019, to in or about February 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Bo Jack Kelley**, defendant, did knowingly receive any visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## Count Three
### Distribution of Child Pornography
### (Violation of 18 U.S.C. § 2252(a)(2) and (b))

From in or about June 2019, to in or about February 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Bo Jack Kelley**, defendant, did knowingly distribute any visual depiction, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## Count Four
## Cyber Stalking
## (Violation of 18 U.S.C. § 2261A(2))

From in or about June 2019, to in or about February 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Bo Jack Kelley**, defendant, with intent to injure, harass, and intimidate "Jane Doe," used an interactive computer service, an electronic communication service, an electronic communication service of interstate commerce, and facilities of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Doe.

In violation of Title 18, United States Code, Section 2261A(2).

<u>Count Five</u>
Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. § 1470)

From in or about June 2019, to in or about February 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Bo Jack Kelley**, defendant, knowingly used a facility and means of interstate and foreign commerce, and transferred, and attempted to transfer, to another individual who had not attained the age of sixteen years, obscene matter, that is: Defendant sent one digital image file depicting an adult male engaged in lascivious exhibition of the genitals and pubic area of the adult male to a person Defendant knew and believed to be a minor female who had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7564
Facsimile:  806-472-7394
E-mail:  callie.woolam@usdoj.gov

Bo Jack Kelley
Indictment - Page 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

BO JACK KELLEY

INDICTMENT

COUNT 1: PRODUCTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Section 2251(a).

COUNT 2: RECEIPT OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252(a)(2) and (b).

COUNT 3: DISTRIBUTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252(a)(2) and (b).

COUNT 4: CYBER STALKING
Title 18, United States Code, Section 2261A(2).

COUNT 5: TRANSFER OF OBSCENE MATERIAL TO A MINOR
Title 18, United States Code, Section 1470.

(5 COUNTS)

A true bill rendered,

Lubbock                                         _____ Foreperson

Filed in open court this 13th day of May, A.D. 2020

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE